**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MELANIE PAULUS JACKSON,**

    **Plaintiff,**

v.                                                                                 **Case No: 8:13-cv-3028-T-35TBM**

**EXPERIAN INFORMATION SOLUTIONS, INC., a foreign profit corporation and SETERUS, INC., a foreign profit corporation,**

    **Defendants.**

_____

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of the Motion to Dismiss Count III of Complaint (Dkt. 20) filed by Defendant, Seterus, Inc. ("Seterus"), and the Response in opposition thereto filed by Plaintiff, Melanie Paulus Jackson. (Dkt. 29). Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DENIES** Defendant's Motion to Dismiss Count III of Complaint.

    The referenced settlement agreement cited by Defendant Seterus is dated January 2011. Most of the allegations asserted in the complaint postdate that settlement and release. It is not facially apparent that the release intended to release future claims. If evidence is developed to that effect through the discovery in this case, the motion may be reasserted. Constraining itself to the face of the complaint and the exhibits attached

thereto and considering the allegations to be true, the Court cannot grant a dismissal of the action on the basis of a claimed release of rights, past and future, as of January 2011.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of April, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person